# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GUY D. DALEY, STARLYNN DALEY, DANA HEAL, SHARON HEAL, ROBERT NIELSEN, and DEBRA NIELSEN,<br><br>Plaintiffs,<br><br>and<br><br>MEDICARE, WISCONSIN PIPE TRADES HEALTH FUND, UNITED HEALTH CARE CONTINENTAL, and WEA TRUST<br><br>Involuntary Plaintiffs,<br><br>v.<br><br>PORTLAND ORTHOPAEDICS LIMITED, PORTLAND ORTHOPAEDICS INC., SYMMETRY MEDICAL INC., MIPRO ORTHO PTE LTD, METALICITY LIMITED, PLUS ORTHOPAEDICS INC., PLUS ORTHOPAEDIC HOLDING AG, SMITH & NEPHEW INC., SMITH & NEPHEW PLC, ORCHID ORTHOPEDIC SOLUTIONS LLC, MAXX HEALTH INC., MAXX ORTHOPEDICS INC., MIPRO US INC., PLUS ORTHOPAEDICS LLC, and JOHN DOE CORPORATIONS 1-50,<br><br>Defendants. | Case No. 17-CV-1315-JPS<br><br>**ORDER** |

On March 1, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court adopted a stipulation of dismissal as to Defendant Orchid Orthopedic Solutions, LLC ("Orchid") (Docket #32), and dismissed without prejudice all of Plaintiffs' claims against Orchid, with each party to bear its own costs (Docket #34).

On November 15, 2018, Plaintiffs Guy D. Daley, Starlynn Daley, Dana Heal, Sharon Heal, Robert Nielsen, and Debra Nielsen entered into a new stipulation of dismissal as to Orchid, this time with prejudice. (Docket #145).

Accordingly,

**IT IS ORDERED** that the Court's March 1, 2018 order dismissing Defendant Orchid Orthopedic Solutions, LLC without prejudice (Docket #34) be and the same is hereby **AMENDED** as provided herein; and

**IT IS FURTHER ORDERED** that the parties' stipulation of dismissal as to Defendant Orchid Orthopedic Solutions, LLC (Docket #145) be and the same is hereby **ADOPTED**; all of Plaintiffs' claims against Orchid Orthopedic Solutions, LLC be and the same are hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge