# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROBERT NIELSEN,<br><br>          Plaintiff,<br><br>and<br><br>WISCONSIN PIPE TRADES HEALTH FUND, UNITED HEALTH CARE CONTINENTAL, and WEA TRUST,<br><br>          Involuntary Plaintiffs,<br><br>v.<br><br>PLUS ORTHOPAEDICS, LLC and JOHN DOE CORPORATIONS 1-50,<br><br>          Defendants. | Case No. 17-CV-1315-JPS<br><br>**ORDER** |

      This case was originally filed by Guy Daley, Starlynn Daley ("the Daley Plaintiffs"), Dana Heal, Sharon Heal, ("the Heal Plaintiffs"), Robert Nielsen and Debra Nielsen ("the Nielsen Plaintiffs") against an array of defendants. Over the course of the litigation, which spanned well over a year, various plaintiffs and defendants were dismissed. Now, the only active plaintiff in the matter is Robert Nielsen, and the only active defendant is Plus Orthopaedics, LLC. On March 4, 2019, Defendant Plus Orthopaedics, LLC filed a stipulation in which the parties agreed to dismiss all claims against Plus Orthopaedics, LLC with prejudice and without costs. (Docket #154). On March 11, 2019, counsel for the Daley Plaintiffs, the Heal Plaintiffs, and the Nielsen Plaintiffs filed a letter confirming that there are

no longer any claims between the parties, and the matter may be closed. (Docket #155). Accordingly, the Court will adopt the parties' stipulation to dismiss all claims as to the remaining defendant, and the matter will be dismissed with prejudice and without costs to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation to dismiss Plus Orthopaedics, LLC (Docket #154) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 14th day of March, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge